STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF MUSKEGON

LORETTA LYONS,

Plaintiff,

v.

CITY OF MUSKEGON POLICE DEPARTEMNT OFFICERS RICHARD McCABE, JAMES GUST, TONY FOUNTAIN, and DOUG CONRAD, Jointly and Severally,

Defendants

Case No. 22-151-CZ

HON. Timothy G. Hicks

___

| Kevin S. Ernst (P44223) | Allan C. Vander Laan (P33893) |
|---|---|
| Hannah R. Fielstra (P82101) | Kristen L. Rewa (P73043) |
| Ernst Charara & Lovell PLC | Cummings, McClorey, Davis & Acho |
| Counsel for Plaintiff | Attorneys for Defendants |
| 645 Griswold, Ste 4100 | 2851 Charlevoix Dr., S.E. - Suite 327 |
| Detroit, MI 48226 | Grand Rapids MI 49546 |
| (313) 965-5555 | 616-975-7470 |
| Kevin@ecllawfirm.com | avanderlaan@cmda-law.com |
| hannah@ecllawfirm.com | klrewa@cmda-law.com |

___

**Proof of Service**

The undersigned certifies that on February 24, 2022, the following documents were served: Defendants' Notice of Removal Pursuant to 28 USC 1446(b) (ECF No. 1), State Court Summons and Complaint (ECF No.1-1), Brief in Support of Defendants' Removal Action (ECF No. 1-2), Notice of ~~Filing~~ Notice of Removal Pursuant to 28 USC 1446(b) and Proof of Service filed in the State Court, and a copy of this Proof of Service were served by First-Class mail to the following:

1. Kalamazoo County Circuit Court
   227 W. Michigan Ave.
   Kalamazoo, MI 49007

2. Kevin S. Ernst
   Hannah R. Fielstra
   Ernst Charara & Lovell PLC
   645 Griswold, Ste 4100
   Detroit, MI 48226

01529162-1

      I declare under the penalty of perjury that the statement above is true to the best of my information, knowledge and belief.

                                    */s/ Allan C. Vander Laan*
                                      Allan C. Vander Laan